IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-277-D

UNITED STATES OF AMERICA, )
)
v. ) ORDER
)
CHAD PHILLIP HOLDER, )
)
Defendant. )

The United States SHALL respond to defendant's motions [D.E. 85, 87, 88, 89, 90, 93] not later than January 30, 2026.

SO ORDERED. This 23 day of December, 2025.

JAMES C. DEVER III
United States District Judge