IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-277-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHAD PHILLIP HOLDER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States MUST file an omnibus response to defendant's motions [D.E. 85, 89] not later than February 27, 2026. The court GRANTS defendant's motions to seal [D.E. 88, 90]. The court DENIES as meritless defendant's motions to expedite [D.E. 87, 93] and motion to appoint counsel [D.E. 95]. See, e.g., Fed. R. Crim. P. 44(a).

SO ORDERED. This 27 day of January, 2026.

JAMES C. DEVER III
United States District Judge