IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-277-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHAD PHILLIP HOLDER, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 99], the court DENIES defendant's motion for sentence reduction [D.E. 85], GRANTS defendant's motion for return of cell phone [D.E. 89] so long as defendant provides the United States a designated person with a written release to whom the cell phone can be released, see [D.E. 98], and GRANTS defendant's motion to seal [D.E. 88].

SO ORDERED. This _12_ day of February, 2026.

JAMES C. DEVER III
United States District Judge